# United States District Court

__WESTERN__ DISTRICT OF __NEW YORK__

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH M. DEVEREAUX | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 06-M-4053 |

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

Between on or about May 16, 2005 and January 3, 2006, in the Western District of New York and elsewhere, the defendant did use an interstate facility to attempt to persuade, induce or entice another individual under 18 years of age to engage in any sexual activity for which the person could be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:   (✔) Yes   ( ) No

MARK R. SCHIRCHING, Special Agent, FBI
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 5, 2006             at   Rochester, New York
Date                          City and State

HON. MARIAN W. PAYSON, USMJ
Name & Title of Judicial Officer

Marian W Payson
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE    )
CITY OF ROCHESTER   )

I, Mark R. Schirching, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent for approximately six months and I have been a federal law enforcement officer for approximately eight years. I am currently assigned to investigations involving crimes against children, as well as other criminal investigations.

2. I make this affidavit in support of a criminal complaint charging KEITH M. DEVEREAUX, age 35, of Syracuse, New York, with a violation of Title 18, United States Code, Section 2422(b), which prohibits a person from utilizing a facility of interstate or foreign commerce to persuade, induce or entice a minor to engage in any sexual activity for which any person can be charged with a crime, or to attempt to do so.

3. Between May 16, 2005 and January 3, 2006, the defendant, using his home computer, engaged in sixteen sexually explicit conversations over the internet, using instant

messaging, with an undercover Monroe County Sheriff's Office who was posing as a 14 year old girl. During six of these conversations, the defendant masturbated using a webcam. The defendant also requested several times that the 14 year old girl masturbate and describe the masturbation to the defendant.

4. In addition to the sexually explicit conversations, the defendant repeatedly asked the 14 year old girl whether he could meet with her to engage in sexual contact. Some of these conversations are described as follows:

> a. On May 17, 2005, the defendant stated that he could drive to Rochester to meet with the 14 year old girl to do "sex things", including play with his penis, perform oral sex on him, and allow him to perform oral sex on the girl, and have vaginal and anal sex. He also stated that they could have sex in his truck.
>
> b. On May 25, 2005, after masturbating on the webcam, the defendant asked the 14 year old girl if they could now meet since she had seen him on camera. He asked her where and when they could meet. They discussed meeting at the mall, and then having sex in his truck or a hotel room.
>
> c. On August 16, 2005, the defendant asked the 14 year old girl if there was a way for her to meet him at the New York State Fair in Syracuse. He asked her if she would take a bus to meet him. He then stated that he wanted to have oral sex with her.

5. Based on the foregoing, there is probable cause to believe that KEITH M. DEVEREAUX violated Title 18, United States Code, Section 2422(b), which prohibits a person from utilizing a

facility of interstate or foreign commerce to persuade, induce or entice a minor to engage in any sexual activity for which any person can be charged with a crime, or to attempt to do so, and it is respectfully requested that the Court issue a criminal complaint against KEITH M. DEVEREAUX.

MARK R. SCHIRCHING
Special Agent
Federal Bureau of Investigation

Sworn to before me this
5th day of June 2006.

HON. MARIAN W. PAYSON
United States Magistrate Judge

3